**No. 61122.**—Advance Shipping Company and Vandegrift Forwarding Co., Inc. *v.* United States, protests 291342–K and 293793–K (New York).

Opinion by MOLLISON, J. The protests were dismissed.

**No. 61123.**—Columbia Laboratories, Inc., et al. *v.* United States, protests 306895–K/8816, etc. (Chicago).

Opinion by MOLLISON, J. The protests were dismissed.

**No. 61124.**—Cortez Trading Corporation *v.* United States, protest 292646–K (New York).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, AUGUST 6, 1957

**No. 61125.**—Lipman's *v.* United States, protest 269756–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of ball cock assemblies, which are constituent and integral parts of toilet-box assemblies, the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiff was sustained.